HAWAIʻI DISABILITY RIGHTS CENTER

JENNIFER V. PATRICIO    8710
LOUIS ERTESCHIK    5241
1132 Bishop Street, Suite 2102
Honolulu, Hawaiʻi  96813
Telephone:  (808) 949-2922
Facsimile:  (808) 949-2928
Email:    jpatricio@hawaiidisabilityrights.org
        louis@hawaiidisabilityrights.org

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| HAWAIʻI DISABILITY RIGHTS CENTER, a Hawaiʻi corporation;<br><br>        Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaiʻi; and KATHRYN MATAYOSHI, NORMAN PANG, JESSICA HONBO, and MICHAEL NAKASATO in their respective official capacities;<br><br>        Defendants. | CIVIL NO. 12-00297 ACK-KSC<br><br><br><br>**PLAINTIFF'S VOLUNTARY DISMISSAL OF ACTION PURSUANT TO F.R.C.P. RULE 41(a)(1); CERTIFICATE OF SERVICE** |

## PLAINTIFF'S VOLUNTARY DISMISSAL OF ACTION
## PURSUANT TO F.R.C.P. RULE 41(a)(1)

COMES NOW, the Plaintiff HAWAI'I DISABILITY RIGHTS CENTER, by and through its undersigned counsel, and hereby files its Voluntary Dismissal of Action pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1).

Each party shall bear its own fees and costs.

DATED:  Honolulu, Hawai'i, July 9, 2012.

　　　　　　　　　　　　　　　　 /s/ Jennifer V. Patricio
　　　　　　　　　　　　　　　　JENNIFER V. PATRICIO
　　　　　　　　　　　　　　　　LOUIS ERTESCHIK

　　　　　　　　　　　　　　　　Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| HAWAIʻI DISABILITY RIGHTS CENTER, a Hawaiʻi corporation;<br><br>Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaiʻi; and KATHRYN MATAYOSHI, NORMAN PANG, JESSICA HONBO, and MICHAEL NAKASATO in their respective official capacities;<br><br>Defendants. | CIVIL NO. 12-00297 ACK-KSC<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the date noted below, a true and correct copy of the foregoing was served electronically through CM/ECF upon the Defendant's counsel of record:

    Toby M. Tonaki        Toby.M.Tonaki@hawaii.gov
    Holly T. M. Shikada    Holly.T.Shikada@hawaii.gov

DATED: Honolulu, Hawaiʻi, July 9, 2012.

                              /s/ Jennifer V. Patricio
                            JENNIFER V. PATRICIO
                            LOUIS ERTESCHIK

                            Attorneys for Plaintiff